**Order entered November 1, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00623-CV

### DANIEL WOOLEN, JR., Appellant

### V.

### THE BANK OF NEW YORK MELLON TRUST, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-02474-E**

## ORDER

The reporter's record in this appeal has not been filed because appellant has not requested it. By letter dated August 13, 2018, we cautioned appellant that we would submit the appeal without the reporter's record unless he provided written verification within ten days that he had requested it. *See* TEX. R. APP. P. 37.3(c). To date, he has not responded. Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See id.*

As the clerk's record has been filed, we **ORDER** appellant to file his brief no later than December 3, 2018.

/s/  DAVID EVANS
    JUSTICE